**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **JARED RANDALL SIMS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **NO. 3:18-cv-00072** |
| | ) | |
| **DUSTIN MCCARTER, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. No. 42) recommending that Sims' action be dismissed without prejudice for failure to prosecute under Federal Rule of Civil Procedure 41(b) and Local Rule 41.01(b). No objections have been filed to the Magistrate Judge's Report and Recommendation. Upon *de novo* review in accordance with Rule 72 of the Federal Rules of Civil Procedure, the Court agrees with the recommended disposition because Sims has failed to prosecute this action. (See id. at 5-8.) Accordingly, the Magistrate Judge's Report and Recommendation is **APPROVED AND ADOPTED**, and this action is **DISMISSED WITHOUT PREJUDICE**. The Clerk is hereby ordered to close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE